NICHOLAS M. WAJDA (State Bar #259178)
WAJDA LAW GROUP, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Email: nick@wajdalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITA T. FIELDER ADJEI,<br><br>Plaintiff,<br><br>v.<br><br>LOANCARE, LLC, SANTANDER CONSUMER USA, INC, MIDAMERICA MORTGAGE, INC. F/K/A SCHMIDT MORTGAGE COMPANY, AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:19-cv-09364-AFM<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLMENT

PLEASE TAKE NOTICE Elita T. Fielder Adjei ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant, Equifax Information Services, LLC ("Defendant") have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

1

Respectfully submitted this 27th day of November 2019.

By: /s/ Nicholas M. Wajda
Nicholas M. Wajda
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Email: nick@wajdalawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nicholas M. Wajda
Nicholas M. Wajda