**MCGUIREWOODS LLP**
BENJAMIN J. SITTER SBN #273394
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
Telephone:  412.667.6000
Facsimile:  412.667.7991

*Attorneys for Defendant*
*Santander Consumer USA Inc.*

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITA T. FIELDER ADJEI,<br><br>    Plaintiff,<br><br>  v.<br><br>LOANCARE, LLC, SANTANDER CONSUMER USA INC., MIDAMERICA MORTGAGE, INC. F/K/A SCHMIDT MORTGAGE COMPANY, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 2:19-cv-09364-MWF-JEM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR SANTANDER CONSUMER USA INC. TO RESPOND TO COMPLAINT PURSUANT TO L.R. 7-1**<br><br>Honorable Michael W. Fitzgerald<br>Magistrate Judge John E. McDermott<br><br>Complaint Filed: October 31, 2019<br>Complaint Served: November 14, 2019<br>Current Response Deadline:  January 13, 2020<br>New Response Deadline:  February 12, 2020 |

## ORDER

Having reviewed and considered the parties Joint Stipulation To Extend Time To Respond To Initial Complaint Pursuant To L.R. 7-1, and good cause appearing for the same, IT IS HEREBY ORDERED that:

1. Defendant Santander Consumer USA Inc.'s time to file a responsive pleading in this action shall be extended up to and including February 13, 2020.

2. This is the first extension of time to respond for Defendant.

3. This extension will not affect any other deadline in this case.

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

**IT IS SO ORDERED.**

DATE: January 14, 2020

MICHAEL W. FITZGERALD
United States District Judge

Counsel did not provide the required word-processing version of this proposed Order by email, as required by the Local Rules and this Court's Procedures and Schedules. Failure to comply in future filings may result in documents being stricken.