**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (State Bar No. 259178)
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: 310-997-0471
Facsimile: 866-286-8433
E-Mail: nick@wajdalawgroup.com
*Attorney for the Claimant*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITA T. FIELDER ADJEI <br><br> Plaintiff, <br><br> v. <br><br> LOANCARE, LLC, SANTANDER CONSUMER USA, INC, MIDAMERICA MORTGAGE, INC. F/K/A SCHMIDT MORTGAGE COMPANY, AND EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:19-cv-09364-MWF-JEM <br><br> **ORDER** |

Plaintiff, Elita T. Fielder Adjei ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. having filed with this Court her Notice of Voluntary Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: January 14, 2020

_____
Judge, U.S. District Court