JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITA T. FIELDER ADJEI,<br><br>   Plaintiff,<br><br>   v.<br><br>LOANCARE, LLC, SANTANDER CONSUMER USA, MID AMERICA MORTGAGE INC. FKS SCHMIDT MORTGAGE COMPANY, AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendant. | Case No. 2:19-cv-09364-MWF-JEM<br><br>**ORDER ON STIPULATION DISMISSAL WITH PREJUDICE** |

Plaintiff, Elita T. Fielder Adjei ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. having filed with this Court her Agreed Stipulation of Dismissal with Prejudice, and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that Plaintiff's claims against Santander Consumer USA only are hereby dismissed, with prejudice.

Dated:  June 23, 2020

_____
MICHAEL W. FITZGERALD
United States District Court

1